GEORGE A. SIMMONS & al. versus J. TILDEN MOULTON, adm'r.

Where a suit pending in court and the contract upon which it was founded were assigned; and afterwards the assignor died, and the action was prosecuted to judgment by the administrator; and the execution issued upon the judgment was satisfied by a levy on land; *it was held*, that a bill in equity, brought by the assignee, praying for a decree, that the administrator should convey the land levied upon to him, could not be sustained, the remedy being by process against the heirs.

THIS was a bill in equity, wherein the complainants alleged, that one Dickey gave a note to Joseph M. Brown; that a suit was brought by Brown upon that note, and property of the debtor attached; that during the pendency of the suit, Brown died; that Mr. Moulton was duly appointed administrator on the estate of Brown, and prosecuted the suit to final judgment; that an execution was issued upon said judgment, and was satisfied by a levy upon the real estate of Dickey, the debtor; that said Brown, in his lifetime, after the commencement of said suit, by his written instrument under his hand and seal, for a valuable consideration, assigned to the complainants all his interest in the suit and in the note, and authorized them to prosecute the same to satisfaction for their benefit; and that thereby an equitable interest in the judgment and real estate, became vested in the complainants.

The complainants prayed, that the court would decree that the administrator should execute and deliver to them a deed of conveyance of the premises on which the levy was so made.

The administrator put in an answer, merely saying, that the matters contained in the bill, were believed to be true, and that he submitted himself to the order of the Court thereon.

The case was submitted without argument.

*B. Bradbury*, for the complainants.

*Moulton, pro se.*

After a continuance *nisi*, —

*Per curiam.* — The Court have no power to order the administrator to make a conveyance of the premises, as sought by the prayer of the bill. The process should be against the heirs. *The bill is therefore dismissed.*